THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE SMITH, Appellant. [882 NYS2d 653]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Dowling, J.), imposed October 3, 2007, upon his conviction of criminal possession of a weapon in the second degree, upon a jury verdict.

Ordered that the resentence is affirmed.

The defendant's contention that the resentencing court improperly failed to sentence him de novo is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Nieves,* 2 NY3d 310, 315-316 [2004]; *People v Killiebrew,* 63 AD3d 1088 [2009]; *People v Marshall,* 228 AD2d 15, 17-18 [1997]; *cf. People v D'Avila,* 21 AD3d 905 [2005]; *People v McHale,* 165 AD2d 800 [1990]) and, in any event, is without merit (*see People v Stewartson,* 63 AD3d 966 [2009]). Florio, J.P., Covello, Balkin and Leventhal, JJ., concur.